IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINE MOATS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NANCY A. BERRYHILL, | : | NO.  18-1233 |
| Acting Commissioner of Social | : | |
| Security | : | |

## ORDER

AND NOW, this  *10*th  day of  *October* , 2018, upon careful and

independent consideration, the record reveals that the Commissioner did not apply correct

legal standards and that the record does not contain substantial evidence to support the

ALJ's findings of fact and conclusions of law.  Therefore, it is hereby ORDERED that:

1.  The Report and Recommendation is APPROVED AND ADOPTED;

2.  The Commissioner's unopposed motion for remand is GRANTED;

3.  Plaintiff's request for review is DENIED AS MOOT;

4.  Judgment is entered in favor of Plaintiff pursuant to Rule 58 of the Federal
Rules of Civil Procedure, reversing the decision of the Commissioner for
purposes of remand; and

5.  This matter is REMANDED to the Commissioner pursuant to the fourth
sentence of 42 U.S.C. § 405(g) for further proceedings consistent with this
adjudication.

BY THE COURT:

J. CURTIS JOYNER, J.